IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | X | |
| Plaintiff, | X | |
| vs. | X | Cv. No. 04-2830-D/P |
| MICHAEL BROWN, | X | Cr. No. 99-20244-04-(G)D |
| Defendant. | X | |

ORDER DIRECTING UNITED STATES TO RESPOND

On November 15, 2004, defendant Michael Brown, Bureau of Prisons inmate registration number 17083-076, an inmate at the United States Penitentiary-Lee County in Jonesville, Virginia, filed a *pro se* motion pursuant to 28 U.S.C. § 2255.

It is ORDERED that the United States file a response to the motion within twenty-three days from the date of this order.

The Clerk shall provide a copy of the original and amended motions in this cause and this order to the United States Attorney for the Western District of Tennessee.

IT IS SO ORDERED this 17th day of June, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:04-CV-02830 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Michael Brown
USP-LEE COUNTY
17083-076
P.O. Box 305
Jonesville, VA 24263

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT