IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 14  PM 4: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cv. No. | 04-2830-D/P |
| | ) | | |
| MICHAEL BROWN, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

_____

ORDER GRANTING THE GOVERNMENT'S REQUEST
FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S § 2255 PETITION

_____

Upon motion of the Plaintiff, it appears that the United States will need additional time to

respond.  For good cause shown, it is therefore

ORDERED that the United States shall file a response within forty-five (45) days of

entrance of this order.

Judge Bernice Donald
United States District Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:04-CV-02830 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Brown
USP-LEE COUNTY
17083-076
P.O. Box 305
Jonesville, VA 24263

Honorable Bernice Donald
US DISTRICT COURT