IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 12 AM 7: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| UNITED STATES OF AMERICA, | ) | | |
|---|---|---|---|
| Plaintiff, | ) | | |
| v. | ) | Cv. No. | 04-2830-D/P |
| | ) | Cr. No. | 99-20244-04 |
| MICHAEL BROWN, | ) | | |
| Defendant. | ) | | |

## ORDER DENYING PETITION FOR LEAVE
## TO FILE SUPPLEMENTAL PLEADING

Based upon the response of the United States to Michael Brown's motion to amend his petition, it appears that the Petitioner is barred from filing an amendment to his petition filed pursuant to 28 U.S.C. §2255. For good cause shown, it is therefore

ORDERED that the Petitioner's request to amend his petition filed pursuant to 28 U.S.C. §2255 is DENIED.

Bernice Donald
United States District Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02830 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Michael Brown
USP-LEE COUNTY
17083-076
P.O. Box 305
Jonesville, VA 24263

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT